IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>RANDALL C. MOYER,<br><br>       Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION<br><br><br><br>Case No. 2:04-CR-387 |

On July 25, 2006, Defendant was sentenced to a term of imprisonment of 240 months. Judgment was entered on August 1, 2006.[1] Defendant filed a Notice of Appeal of August 3, 2006.[2] That appeal is now before the Tenth Circuit Court of Appeals. Before the Court are two Motions: Defendant's Motion to Appoint Counsel[3] and Plaintiff's Motion for Present Copy of Docket Sheet.[4] It appears from the docket sheet that the Tenth Circuit Court of Appeals has appointed the Defendant an attorney. Therefore, Defendant's Motion to Appoint Counsel is moot. The Court would direct the Defendant to contact his attorney to receive a copy of the

---

[1] Docket No. 58.

[2] Docket No. 57.

[3] Docket No. 76 (filed February 8, 2007).

[4] Docket No. 79 (filed May 14, 2007).

docket sheet in this case. For these reasons, Defendant's pending Motions (Docket Nos. 76 and 79) are DISMISSED.

DATED July 19, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge